**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

E-FLORAL SOLUTIONS, INC.,                                    Case No. 13-19131-RAM

                                                             Chapter 7

        Debtor.
_____/

JACQUELINE CALDERIN, Chapter 7 Trustee,        Adv. Pro. No. 15-01292-RAM

        Plaintiff,

v.

MIA PERISHABLES CENTER, LLC,

        Defendant.
_____/

## MOTION OF DEFENDANT FOR ENLARGMENT OF TIME TO FILE ANSWER

        Defendant, MIA Perishables Center, LLC, by and through the undersigned counsel, hereby moves (the "Motion") for an Enlargement of Time to Answer the Complaint ("Complaint") filed by Jacqueline Calderin (the "Trustee" or "Plaintiff"), in her capacity as the Chapter 7 Trustee of the bankruptcy estate of E-Floral Solutions, Inc. (the "Debtor"). In support of the Motion, the Defendant states:

        1.      This action was commenced on April 21, 2015 by the Plaintiff filing her Complaint against the Defendant pursuant to Fla. Stat. §§ 726.105 and 726.106 as well as a count for unjust enrichment.

        2.      On May 28, 2015, the Court entered an Agreed Order Continuing Pretrial Conference and Extend All Related Deadlines.

3.     Over the past several weeks, the parties have been continuing to engage in settlement discussions to resolve the disputed issues in this proceeding.  To that end, the Plaintiff's counsel, James B. Miller, Esq., has verbally agreed to grant the Defendant an enlargement of time until June 3, 2015, to file its Answer to the Complaint.

4.     While the Defendant is hopeful that this matter will be fully resolved and will continue to work with Mr. Miller regarding same, the Defendant believes it needs an additional fifteen (15) days to properly Answer the Complaint.

5.     Accordingly, the Defendant respectfully requests an additional fifteen days, or June 18, 2015, within which to file its answer to the Complaint.

6.     The undersigned has not been able to reach an agreement with counsel for the Plaintiff on this requested extension.

7.     The undersigned further certifies that this Motion is brought in good faith, is not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion.

WHEREFORE, Defendant respectfully requests that this Court enter an order: (i) extending the Defendant's deadline to file an Answer to the Plaintiff's Complaint to June 18, 2015; and (ii) grant such other and further relief as this Court deems just and appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all interested parties electronically via the Court's CM/ECF notification to all registered CM/ECF participants in this case on June 3, 2015 as identified on the attached Service List.

DATED: June 3, 2015                                  **RESPECTFULLY SUBMITTED,**

**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
*Counsel for the Defendant*
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Telephone:  (305) 670-5000
Facsimile:   (305) 670-5011

By: /s/ *John H. Lee*
      JERRY MARKOWITZ
      Fla. Bar No. 182420
      jmarkowitz@mrthlaw.com
      JOHN H. LEE
      Fla. Bar No. 917595
      jlee@mrthlaw.com

577038

***In re E-Floral Solutions, Inc.***
***Jacqueline Calderin v. MIA Perishables Center, LLC***
**Adv. Case No. 15-01292-RAM**

**Via Electronic Mail:**

James B. Miller on behalf of Plaintiff, Jacqueline Calderin
bkcmiami@gmail.com