

**ORDERED in the Southern District of Florida on June 5, 2015.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

E-FLORAL SOLUTIONS, INC.,                                  Case No. 13-19131-RAM

                                                           Chapter 7

    Debtor.
_____/

JACQUELINE CALDERIN, Chapter 7 Trustee,                    Adv. Pro. No. 15-01292-RAM

    Plaintiff,

v.

MIA PERISHABLES CENTER, LLC,

    Defendant.
_____/

**AGREED ORDER GRANTING MOTION OF DEFENDANT
<u>FOR ENLARGEMENT OF TIME TO FILE ANSWER</u>**

THIS MATTER came before the Court upon the *Motion of Defendant for Enlargement of Time to File Answer* (the "Motion") [ECF No. 11]. The Court having reviewed the Motion, being advised that Plaintiff's counsel has consented to the requested extension, and finding sufficient cause to allow for the requested extension, **ORDERS** as follows:

1. The Motion is **GRANTED.**

2. The Defendant shall have through and including June 18, 2015 to file its Answer to Plaintiff's Complaint.

3. The hearing scheduled on June 11, 2015 at 10:30 a.m. is **CANCELLED**.

# # #

**Submitted by:**
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

#578123

2