**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

E-FLORAL SOLUTIONS, INC.,                    Case No. 13-19131-RAM

    Debtor.                                              Chapter 7
_____/

JACQUELINE CALDERIN, Chapter 7 Trustee,      Adv. Pro. No. 15-01292-RAM

    Plaintiff,
v.

MIA PERISHABLES CENTER, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that true and correct copies of the *Notice of Hearing* [ECF 12] and *Agreed Order Granting Motion of Defendant for Enlargement of Time to File Answer* [ECF 14] were served to all interested parties via U.S. Mail and/or electronically through the Court's CM/ECF notification to all registered CM/ECF participants in this case on June 9, 2015 as identified on the attached Service List.

DATED: June 9, 2015                **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
                                          *Counsel for the Defendant*
                                          9130 S. Dadeland Blvd., Suite 1800
                                          Miami, Florida 33156
                                          Telephone:  (305) 670-5000
                                          Facsimile:  (305) 670-5011

                                          By:   /s/ *John H. Lee*
                                               JERRY MARKOWITZ
                                             Florida Bar No. 182420
                                             jmarkowitz@mrthlaw.com
                                             JOHN H. LEE
                                             Florida Bar No. 917595
                                             jlee@mrthlaw.com

580737

*In re E-Floral Solutions, Inc.*
*Jacqueline Calderin v. MIA Perishables Center, LLC*
**Adv. Case No. 15-01292-RAM**

**Via Electronic Mail:**

John H Lee on behalf of Defendant MIA Perishable Center, LLC
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com, ycandia@mrthlaw.com, gruiz@mrthlaw.com

James B Miller, Esq on behalf of Plaintiff Jacqueline Calderin
bkcmiami@gmail.com

**Via U.S. Mail:**

DT Credit Company
PO Box 29018
Phoenix, AZ 85038